■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIVE FRECKLETON, Appellant. [628 NYS2d 494] —Appeal by the

defendant from a judgment of the County Court, Westchester County (Pirro, J.), rendered August 24, 1992, convicting him of murder in the second degree (two counts), assault in the first degree (three counts), criminal possession of a weapon in the second degree (three counts), and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The remarks by the prosecutor in the summation were fair comment on the evidence and constituted legitimate responses to the defense counsel's summation *(see, People v Galloway,* 54 NY2d 396; *see also, People v Ashwal,* 39 NY2d 105).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Rosenblatt, J. P., Miller, Ritter and Krausman, JJ., concur.